IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 4:01-CR-42-H
No. 4:16-CV-67-H

| | |
|---|---|
| VANCE CHEYNEY HENDRICKSON,<br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | **ORDER** |

This matter is before the court on petitioner's pro se motion opposing stay. [D.E. #134]. This court entered an order on July 12, 2016, granting the government's unopposed motion to hold this matter in abeyance. Petitioner's counsel had an opportunity to respond and did not oppose this court's entry of the order holding this matter in abeyance. Further, good cause was shown for holding this matter in abeyance. Therefore, for insufficient cause shown, petitioner's motion opposing stay, [D.E. #134], is DENIED.

This 4th day of August, 2016.

　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, NC
#34