IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:01-CR-42-H
No. 4:16-CV-67-H

VANCE CHEYNEY HENDRICKSON,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to lift stay. Petitioner's counsel indicates the government does not oppose the motion. Therefore, the motion to lift the stay [DE #161] is granted, and the stay is hereby lifted. The government is directed to file a response to the § 2255 motion and petitioner's other filings within 30 days of the filing of this order.

This 19th day of December 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26